UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK A. STILLER,<br><br>        Plaintiff,<br><br>  v.<br><br>STATE OF WASHINGTON, *et al.*,<br><br>        Defendants. | Case No. C17-189-RAJ<br><br>ORDER DISMISSING CIVIL RIGHTS COMPLAINT |

The Court, having reviewed plaintiff's complaint, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections thereto, and the remaining record, hereby finds and ORDERS as follows:

  (1)  The Report and Recommendation is approved and adopted.

  (2)  Plaintiff's complaint and this action are DISMISSED without prejudice, under 28 U.S.C. § 1915(e)(2)(B), for failure to state a cognizable ground for relief.

//

//

//

ORDER DISMISSING CIVIL
RIGHTS COMPLAINT - 1

(3) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable James P. Donohue.

DATED this 25th day of May, 2017.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING CIVIL
RIGHTS COMPLAINT - 2